UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER WADE,
    Petitioner,

vs.                                       Case No.:  3:23cv4079/MCR/ZCB

RICKY D. DIXON,
    Respondent.
_____/

# ORDER

The magistrate judge issued a Report and Recommendation on June 20, 2024. (Doc. 28).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 28) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (Doc. 20) is **GRANTED**.

3.  The 28 U.S.C. § 2254 petition for a writ of habeas corpus (Doc. 1) is **DISMISSED with prejudice** as untimely.

4.  A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 16th day of August 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**